IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMES RANDALL FOSTER | § | |
| VS. | § | CIVIL ACTION NO. 1:03cv1376 |
| WARDEN JACKIE EDWARDS | § | |

ORDER

The court previously entered a final judgment dismissing this petition for writ of habeas corpus as barred by the applicable statute of limitations. Petitioner has filed a motion asking the court to reconsider its decision.

After considering the arguments raised by petitioner, the court remains of the opinion this petition was properly dismissed. It is therefore

**ORDERED** that the motion for reconsideration is **DENIED**. It is further

**ORDERED** that petitioner's motion seeking leave to proceed *in forma pauperis* on appeal is **GRANTED**.

**SIGNED** this the **27** day of **June, 2005.**

_____
Thad Heartfield
United States District Judge